**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pearl Gardner, | No. CV-25-02828-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Nationstar Mortgage LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Remand to State Court (Doc. 25). Defendants removed this case on August 6, 2025. The Clerk of Court received Plaintiff's Motion via mail on September 16, 2025.

"A motion to remand [a] case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal." 28 U.S.C. § 1447(c). "When papers are mailed to the clerk's office, filing is complete when the papers are *received* by the clerk." *Cooper v. City of Ashland*, 871 F.2d 104, 105 (9th Cir. 1989). A party therefore is responsible for mailing their filings to the court far enough in advance so the clerk's office can receive and file the documents on or before the filing deadline. *See id.*; *Baker v. Hawaii*, No. 13-00159 LEK-KSC, 2013 WL 6572575, at *1 n.2 (D. Haw. Dec. 13, 2013).

Because Plaintiff filed her motion outside of thirty days, she can only argue remand is appropriate because the Court lacks subject matter jurisdiction. 28 U.S.C. § 1447(c); *Cooper*, 871 F.2d at 105. This means Plaintiff has waived all of her arguments besides the

one contained in subpart IV(C). That subpart seeks remand based on "Plaintiff's claims [being] grounded primarily in state and local law." (Doc. 25 at 12.)

Plaintiff's jurisdictional argument ignores that a defendant can remove a case anytime "a federal cause of action . . . appear[s] on the face of the complaint." *Felton v. Unisource Corp.*, 940 F.2d 503, 506 (9th Cir. 1991). The Complaint attempts to bring multiple claims under federal law. (*See, e.g.*, Doc. 1-1 at 90.) This confers removal jurisdiction.

**IT IS THEREFORE ORDERED** denying Plaintiff's Motion to Remand to State Court (Doc. 25).

**IT IS FURTHER ORDERED** the Clerk of Court shall email a copy of this Order to Plaintiff Pearl Gardner at dolphin853643492@gmail.com.

Dated this 25th day of September, 2025.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge